UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

LIFE INSURANCE COMPANY OF
NORTH AMERICA and
CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

    Plaintiffs,

v.

MICHELLE C. KINCAID,

CHRISTOPHER N. KINCAID,

RUTH M. KINCAID and HUBERT N. KINCAID,

    Defendants.

Case No: 12-cv-00238-bbc

**CONSENT JUDGMENT RESOLVING CASE AND RELEASING FUNDS HELD BY CLERK OF COURT**

The parties having [*dismissed as Hubert N. Kincaid and Ruth M. Kincaid, and having*] entered into a Settlement Agreement to resolve the above matter and having filed a Joint Motion for Entry of Consent Judgment Resolving Case and Releasing Funds Held by Clerk of Court,

IT IS HEREBY ORDERED as follows:

1. The Clerk of Court shall distribute the sum of $439,929.06 deposited by the Plaintiffs as follows:

    a. $ 6,000.00 payable to Jeffrey Kincaid, E5677 700th Avenue, Menomonie, Wisconsin 54751, to reimburse him for expenses incurred for the funeral of the Christopher J. Kincaid (the "Decedent");

    b. $ 158,978.42 to Michelle C. Kincaid ("Michelle Kincaid") by a check payable to Gagliardi LLP Trust Account;

c. $ 274,950.64 to Christopher N. Kincaid ("Nathan Kincaid") by a check payable to of DeWitt Ross & Stevens S.C. Trust Account.

2. Michelle Kincaid shall promptly deliver to Nathan Kincaid any money, funds, or other tangible or intangible property of the Decedent now in her possession or control or that may subsequently be in her possession or control except for: (a) funds paid to her pursuant to this Consent Judgment; (b) funds that have been paid to her from the Philips Electronics North America Corporation Employee Savings Plan; (c) funds to be paid to her from the Philips Pension Plan; (d) the Decedent's 2007 Ford Ranger, Vehicle Identification No. 1FTZR15E97PA98244; and (e) the Blue Green Timeshare.

3. Counsel for Nathan Kincaid shall cause Softech Solutions, Inc. to be paid the total sum of $4,505.14 for services rendered pursuant to the Agreed Order Governing the Retrieval and the Preservation of Electronic Evidence.

4. The Clerk of Court shall take such action as necessary to seal and remove from public access Exhibits A and B to the Affidavit of Michelle C. Kincaid (Dkt. # 29).

Dated this 7th day of December, 2012:

BY THE COURT:

_____
Barbara B. Crabb
District Judge

Entered on this 10th day of December, 2012.

_____
Peter Oppeneer
Clerk of Court